# EXHIBIT C

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| DREADLOCKS FOR DINGOES | STORCHAK CLEANERS | SUNRISE GROCERY |
| 212 7TH ST E | 857 7TH ST E | 440 UNIVERSITY AVE W |
| SAINT PAUL ,MN 55101 | SAINT PAUL ,MN 55106 | SAINT PAUL ,MN 55103 |

FOLD HERE



 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z5670961398365030 |
| **Reference Number(s):** | 3000000487, DAK031518-19 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .10 lb |
| **Shipped/Billed On:** | 03/15/2018 |
| **Delivered On:** | 03/16/2018 11:08 A.M. |
| **Delivered To:** | NEW YORK, US |
| **Received By:** | YEVETTE |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  06/05/2018 12:33 P.M.   ET

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages. Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| DREADLOCKS FOR DINGOES | STORCHAK CLEANERS | SUNRISE GROCERY |
| 212 7TH ST E | 857 7TH ST E | 440 UNIVERSITY AVE W |
| SAINT PAUL ,MN 55101 | SAINT PAUL ,MN 55106 | SAINT PAUL ,MN 55103 |

FOLD HERE



 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z5670961395799247 |
| **Reference Number(s):** | 3000000487, DAK031518-20 |
| **Service:** | UPS Next Day Air Saver® |
| **Weight:** | .10 lb |
| **Shipped/Billed On:** | 03/15/2018 |
| **Delivered On:** | 03/16/2018 11:08 A.M. |
| **Delivered To:** | NEW YORK, US |
| **Received By:** | YEVETTE |
| **Left At:** | Mail Room |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 06/05/2018 12:23 P.M. ET